**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Virginia A. Sanderson (Bar No. 240241)
Conor Kennedy (Bar No. 281793)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
ginny@KRInternetLaw.com
conor@KRInternetLaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**FORT WAYNE RADIO CORP. d/b/a OASIS RADIO GROUP and HOT1079ONLINE.COM**, a Florida corporation, and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 2:12-cv-09152-RGK-JCG<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff National Photo Group, LLC ("Plaintiff") and Defendant Fort Wayne Radio Corp. d/b/a Oasis Radio Group and Hot1079Online.com ("Defendant") (collectively, the "Parties") hereby inform the Court that they are finalizing a settlement agreement in this matter. The Parties anticipate filing a Notice of Dismissal within thirty days of filing this Joint Notice of Settlement.

Respectfully Submitted,
DATED: March 15, 2013    **KRONENBERGER ROSENFELD, LLP**

By: s/ Conor H. Kennedy
      Conor H. Kennedy

Attorneys for Plaintiff

DATED: March 15, 2013    **RUTAN & TUCKER, LLP**

By: s/ Ronald P. Oines
      Ronald P. Oines

Attorneys for Defendant

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the Local Rule 5-4.3.4, for The United States District Court for the Central District of California, I, Conor H. Kennedy, hereby attest that the concurrence to the filing of this Joint Notice of Settlement has been obtained from Ronald P. Oines, who has provided the conformed signature above.