**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Virginia A. Sanderson (Bar No. 240241)
Conor Kennedy (Bar No. 281793)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
ginny@KRInternetLaw.com
conor@KRInternetLaw.com

Attorneys for Plaintiff



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**FORT WAYNE RADIO CORP. d/b/a OASIS RADIO GROUP and HOT1079ONLINE.COM**, a Florida corporation, and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 2:12-cv-09152-RGK-JCG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Case No. 2:12-cv-09152-RGK-JCG     **STIPULATION FOR DISMISSAL WITH PREJUDICE**

1  IT IS HEREBY STIPULATED between Plaintiff National Photo Group, LLC ("Plaintiff") and Defendant Fort Wayne Radio Corp. d/b/a Oasis Radio Group and Hot1079Online.com ("Defendant") (collectively, the "Parties"), that the above-captioned action and all claims therein are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and cost.

IT IS SO STIPULATED.

DATED: April 8, 2013        **KRONENBERGER ROSENFELD, LLP**

By: s/ Conor H. Kennedy
       Conor H. Kennedy

Attorneys for Plaintiff

DATED: April 8, 2013        **RUTAN & TUCKER, LLP**

By: s/ Ronald P. Oines
       Ronald P. Oines

Attorneys for Defendant

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the Local Rule 5-4.3.4, for The United States District Court for the Central District of California, I, Conor H. Kennedy, hereby attest that the concurrence to the filing of this Stipulation for Dismissal with Prejudice has been obtained from Ronald P. Oines, who has provided the conformed signature above.

       s/ Conor H. Kennedy
       Conor H. Kennedy

Case No. 2:12-cv-09152-RGK-JCG            **STIPULATION FOR DISMISSAL WITH PREJUDICE**