

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**FORT WAYNE RADIO CORP. d/b/a OASIS RADIO GROUP and HOT1079ONLINE.COM**, a Florida corporation, and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 2:12-cv-09152-RGK-JCG<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Case No. 2:12-cv-09152-RGK-JCG         [PROP] ORDER GRANTING DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff National Photo Group, LLC and Defendant Fort Wayne Radio Corp. d/b/a Oasis Radio Group and Hot1079Online.com (collectively, the "Parties")'s Stipulation for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS HEREBY ORDERED that the above-captioned action and all claims therein are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 9, 2013



The Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE

